FILED
September 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LAURA MARIE PEZZI, )<br>)<br>Defendant. ) | Case No. 2:15-CR-00190-GEB-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LAURA MARIE PEZZI , Case No.  2:15-CR-00190-GEB-4 , Charge  18USC § 371 & 493 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

        ___   Unsecured Appearance Bond$_____

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

    ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 24, 2015  at  2:00 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court