BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

                    v.

LAURA MARIE PEZZI,

                              Defendant.

CASE NO. 2:15-CR-190 GEB AC

STIPULATION AND [~~PROPOSED~~] PROTECTIVE
ORDER

        WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain

sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this

matter, or to defendant LAURA MARIE PEZZI in this case as provided below;

        WHEREAS, the sensitive but unclassified discovery materials at issue include information

pertaining to victims or potential victims in this case, including personal identifying information,

identification documents such as driver's licenses, social security cards, a birth certificate, and access

device numbers such as credit card numbers;

        WHEREAS, such sensitive but unclassified discovery materials shall be identified as sensitive

and subject to a protective order at the time of disclosure, whether on the documents or other materials

(e.g., CDs/DVDs) themselves or in an accompanying cover letter;

        WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a

private agreement is not appropriate in light of the nature of the information at issue and the charges in

1

1   this case; and

2        WHEREAS, the defendant, LAURA MARIE PEZZI, has counsel ("Defense Counsel") who

3   wishes the opportunity to review the discovery;

4        Defendant LAURA MARIE PEZZI and plaintiff United States of America, by and through their

5   undersigned counsel of record, hereby agree and stipulate as follows:

6        1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

7   Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

8        2.    This Order pertains to all discovery provided to or made available to Defense Counsel

9   that is identified as sensitive and subject to a protective order in this case (hereafter, collectively known

10   as "the protected discovery").

11        3.    Defense Counsel shall not disclose any of the protected discovery to any person other

12   than the defendant, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved

13   in the representation of his client.  At no time shall the defendant be permitted to review the protected

14   discovery outside of the presence of her attorney, and Defense Counsel shall not leave any of the

15   protected discovery with defendant at the jail or other institution where that defendant is being held in

16   custody.  Defendant may review the protected discovery outside the presence of her attorney if Defense

17   Counsel redacts sensitive information from that discovery and obtains advance approval from counsel

18   for the United States of America to share a redacted version of that discovery with Defendant.

19        4.    The protected discovery and information therein may only be used in connection with the

20   litigation of this case and for no other purpose.  The protected discovery is now and will forever remain

21   the property of the United States Government.  Defense Counsel will return the discovery to the

22   Government or certify that it has been shredded or otherwise destroyed at the conclusion of the case, or

23   a later time as appropriate.

24        5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to

25   ensure that it is not disclosed to third persons in violation of this agreement.

26        6.    If Defense Counsel releases custody of any of the protected discovery, or authorized

27   copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients

28   with copies of this Order and advise that person that the protected discovery is the property of the United

States Government, that the protected discovery and information therein may only be used in connection

with the litigation of this case and for no other purpose, and that an unauthorized use of the protected

discovery may constitute a violation of law and/or contempt of court.

7.     In the event that the defendant obtains substitute counsel, undersigned Defense Counsel

agree to withhold the protected discovery from new counsel unless and until substituted counsel agrees

to be bound by this Order.

8.     Defense Counsel shall be responsible for advising her client, employees, and other

members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated:  September 25, 2015                    Respectfully submitted,


                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                    By:   /s/  Audrey B. Hemesath
                                          AUDREY B. HEMESATH
                                          Assistant U.S. Attorney



                                    By:   /s/ Toni White
                                          TONI WHITE
                                          Counsel for LAURA MARIE PEZZI



                                  **ORDER**

IT IS SO FOUND AND ORDERED.

DATED:  September 25, 2015

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE