| | |
|---|---|
| 1 | TONI H. WHITE (SBN 210119)<br>ATTORNEY AT LAW |
| 2 | 11930 Heritage Oak Place, Suite 6<br>Auburn, CA 95603 |
| 3 | Telephone: (530) 885-6244<br>Facsimile: (530) 885-8245 |
| 4 | |
| 5 | Attorney for Defendant<br>LAURA PEZZI |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>USA v Dichiara, et al.<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-CR-00190 GEB<br><br>**STIPULATION REGARDING AMENDING PRETRIAL SUPERVISION CONDITIONS; ORDER** |

Defendant, LAURA PEZZI, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. Pretrial services officer Renee Basurto advised both Audrey Hemesath, the AUSA in this matter, and Toni White, defense counsel, that she believes it is advisable to remove the special condition that Ms. Pezzi be subject to alcohol and drug testing at this time.
2. Ms. Pezzi has been on pretrial supervision for the entirety of her case and has never had a violation.
3. Officer Basurto provided counsels with the attached proposed amended special conditions of release.
4. All parties stipulate to these amended conditions. All parties further stipulate that all other conditions remain in full force and effect.

By this stipulation, and based on the above, defendant now moves to amend the pretrial release conditions to delete the condition requiring drug and alcohol testing and to adopt the attached amended special conditions.

IT IS SO STIPULATED.

Dated: June 30, 2018　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　*/s/ Toni White for*

1

AUDREY HEMESATH
Assistant U.S. Attorney

For the United States

Dated: June 30, 2018    By:    */s/ Toni White*
TONI WHITE
For Defendant Laura Pezzi


O R D E R

IT IS SO FOUND AND ORDERED

Dated: July 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE