1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                      IN THE UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,           | CASE NO. 2:15-CR-00190-MCE

12                       Plaintiff,      | STIPULATION AND ORDER REGARDING
                                         | BRIEFING SCHEDULE ON DEFENDANT'S
13            v.                          | MOTION FOR REDUCTION IN SENTENCE AND
                                         | COMPASSIONATE RELEASE
14  LAURA MARIE PEZZI,

15                       Defendant.

16

17                               **STIPULATION**

18      1.   Defendant Laure Marie Pezzi filed a motion for reduction in sentence and compassionate

19  release on August 10, 2020. Docket No. 587. The government's response was due by August 19, 2020,

20  and any reply due August 26, 2020. Docket No. 591. Government counsel requests additional time to

21  obtain records and draft the response brief.

22      2.   Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 587, be due on August 31, 2020; and

    b) The defense reply, if any, will be due on September 8, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 20, 2020

*/s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant United States Attorney

Dated: August 20, 2020      /s/ *Toni L. White*
TONI L. WHITE
Counsel for Defendant

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 587, is due on August 31, 2020;

    b)    The defense reply, if any, will be due on September 8, 2020.

IT IS SO ORDERED.

Dated:  August 21, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE