

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

UNITED STATES OF AMERICA,                    Case No. 2:15-cr-00190-MCE-04

       Plaintiff,

      v.                                                    **ORDER FOR RELEASE OF**
                                                                        **PERSON IN CUSTODY**

LAURA MARIE PEZZI,

       Defendant.

_____/

TO:  BUREAU OF PRISONS AND THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release **LAURA MARIE PEZZI** in case number
2:15-cr-00190-MCE-04, from custody for the following reason(s):

_____    Release on Personal Recognizance
_____    Bail Posted in the Sum of $
_____    Unsecured Appearance Bond
_____    Appearance Bond with 10% Deposit
_____    Appearance Bond with Surety
_____    Corporate Surety Bail Bond
__X___    OTHER:
              Pursuant to the Court's 10/16/2020 Order GRANTING Defendant
              Laura Marie Pezzi's Motion to Vacate and/or Reduce Sentence (ECF No. 617).

Issued at Sacramento, California on October 16, 2020, at 12:07 p.m.

Dated:  October 16, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE